

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In re Nathan Lee Anders,                    * Original Mandamus Proceeding

No. 11-15-00268-CR                          * November 12, 2015

                                            * Per Curiam Memorandum Opinion
                                              (Panel consists of: Wright, C.J.,
                                              Willson, J., and Bailey, J.)

        This court has considered Relator's petition for writ of mandamus and concludes that the petition for writ of mandamus should be denied.   Therefore, in accordance with this court's opinion, we deny Relator's petition for writ of mandamus against the trial court.